Thomas Whittam, Appellant, v. The State of New York, Respondent. (Claim No. 18219.) — Judgment affirmed, with costs. A sufficient ground for

affirmance is found in the failure duly to file a claim under section 15 of the Court of Claims Act. All concur. (The judgment dismisses a claim for unlawful taking of personal property.)